# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

CAROLYN EMERLINE                                                              PLAINTIFF

V.                                  No. 3:22-CV-00116-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                DEFENDANT

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Defendant.

DATED this 31st day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE